BRUCE D. GOLDSTEIN #135970
County Counsel
MICHAEL A. KING #77014
Deputy County Counsel
JOSHUA A. MYERS #250988
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: joshua.myers@sonoma-county.org

Attorneys for Defendants
SONOMA COUNTY AGRICULTURAL
PRESERVATION AND OPEN SPACE DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIN S. YANG, an individual, and LI-HUA C. YANG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MAUREEN B. COLLISS, an individual, MAUREEN B. COLLISS, TRUSTEE OF THE MAUREEN B. COLLISS 2000 TRUST, JOSEPH COLLISS aka JOE COLLISS, an individual, SONOMA COUNTY AGRICULTURAL PRESERVATON AND OPEN SPACE DISTRICT, et al.<br><br>Defendants.<br>_____/ | Case No. 17-cv-6658-RS<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION TO DISMISS COUNTERCLAIMS OF CHIN S. YANG AND LI-HUA C. YANG**<br><br>Date:  April 19, 2018<br>Time:  1:30 p.m.<br>Courtroom:  3, 17th Floor<br>Judge:  Hon. Richard Seeborg |

IT IS HEREBY STIPULATED, between the parties through their respective counsel that the Motion by Counterclaim Defendant Sonoma County Agricultural Preservation and Open Space District ("Counterclaim Defendant") to Dismiss Counterclaims of Chin S. Yang and Li-Hua C. Yang ("Counterclaimants"), filed on or about March 5, 2018, Docket #31; can be continued to the date of the Case Management

Conference, May 31, 2018, to be set at the same time as the Case Management Conference.  Both may be set at 10:00 a.m. if that is the preference of the Court.

Dated: March 26, 2018                BRUCE D. GOLDSTEIN, County Counsel


By:  /s/ Michael A. King
    Michael A. King
    Deputy County Counsel
    Attorneys for Defendant/Cross-Claimant/Cross-Defendant
    Sonoma County Agricultural Preservation and Open Space District

Dated: March 26, 2018                PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP


By:  /s/ Michael G. Miller
    Michael G. Miller
    Attorneys for Defendants/Cross Claimants/Cross-Defendants
    Maureen B. Colliss, an individual,
    Maureen B. Colliss, Trustee of the Maureen B. Colliss 2000 Trust, Joseph Colliss aka Joe Colliss, an individual

Dated: March 26, 2018                LAW OFFICES OF MARK B. SCOTT, P.C.

By:  /s/ Mark B. Scott
    Mark B. Scott
    Attorney for Plaintiffs/Cross-Claimants/Cross-Defendants
    Chin S. Yang and Li-Hua Yang

# ~~PROPOSED~~ ORDER

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED:**

That the Motion by Counterclaim Defendant Sonoma County Agricultural Preservation and Open Space District ("Counterclaim Defendant") to Dismiss Counterclaims of Chin S. Yang and Li-Hua C. Yang ("Counterclaimants"), filed on or about March 5, 2018, Docket #31; is hereby continued to the date of the Case Management Conference, May 31, 2018 at ~~10:00 a.m.~~ 1:30 pm.

Response to the Motion to Dismiss shall be due by April 30, 2018 and Reply due by May 7, 2018.

**IT IS SO ORDERED.**

DATED: 3/27/18

_____
Honorable Richard Seeborg