Leslie R. Perry, Bar No. 062390
Michael G. Miller, Bar No. 136491
Nicole M. Jaffee, Bar No. 255944
PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP
438 1st Street, 4th Floor
Santa Rosa, California 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242
Email: Perry@perrylaw.net
       Miller@perrylaw.net

Attorneys for Defendants/Cross-Claimants/Cross- Defendants
MAUREEN B. COLLISS, an individual,
MAUREEN B. COLLISS, TRUSTEE OF THE MAUREEN B. COLLISS 2000 TRUST, JOSEPH COLLISS aka JOE COLLISS, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| CHIN S. YANG, an individual, and LI-HUA C. YANG, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MAUREEN B. COLLISS, an individual, MAUREEN B. COLLISS, TRUSTEE OF THE MAUREEN B. COLLISS 2000 TRUST, JOSEPH COLLISS aka JOE COLLISS, an individual, and SONOMA COUNTY AGRICULTURAL PRESERVATION AND OPEN SPACE DISTRICT, a California public agency,<br><br>　　　　Defendants.<br>_____/<br>AND RELATED CROSS-CLAIMS<br>_____/ | Case No. 3:17-cv-6658-RS<br><br>**JOINT STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER** |

WHEREAS, plaintiffs Chin S. Yang and Li-Hua C. Yang (hereinafter "the Yang Parties") filed their First Amended Complaint against defendants Maureen B. Colliss, Maureen B. Colliss, Trustee of the Maureen B. Colliss 2000 Trust, Joseph Colliss aka Joe Colliss

1
JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER　　Case No. 3:17-cv-6658-RS

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

(hereinafter "the Colliss Parties") and Sonoma County Agricultural Preservation and Open Space District, a California public agency (hereinafter "the District") on November 21, 2017; the Colliss Parties filed counterclaims against the Yang Parties and crossclaims against the District on January 9, 2018; the District filed counterclaims against the Colliss Parties and crossclaims against the Yang Parties on January 30, 2018 and the Yang Parties filed counterclaims against the Colliss Parties on February 1, 2018 and counterclaims against the District on February 12, 2018;

WHEREAS, the Yang Parties, the Colliss Parties and the District settled this matter on or about February 26, 2019;

THEREFORE, IT IS HEREBY STIPULATED by and between the Yang Parties, the Colliss Parties and the District through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties further stipulate that, except as set forth in the Settlement Agreement between them, the parties shall bear their own attorney's fees, expenses and costs.

By signing this Joint Stipulation for Dismissal and [Proposed] Order, the counsel for each party listed below concurs in its filing. This document is being filed through the Electronic Case Filing system by attorney Nicole M. Jaffee. By her signature, she attests that the Colliss Parties have obtained concurrence in the filing of this document from each counsel signing the stipulation, pursuant to Civil Local Rule 5-1.

IT IS SO STIPULATED.

DATED: March 14, 2019

| MERLIN LAW GROUP | BRUCE D. GOLDSTEIN, COUNTY COUNSEL |
|---|---|
| /s/ Victor Jacobellis | /s/ Michael A. King |
| VICTOR JACOBELLIS<br>Attorneys for Plaintiffs/Cross-Claimants/Cross-Defendants<br>CHIN S. YANG, an individual, and LI-HUA C. YANG, an individual | MICHAEL A. KING<br>Deputy County Counsel<br>Attorneys for Defendant/Cross-Claimant/Cross-Defendant<br>SONOMA COUNTY AGRICULTURAL PRESERVATION AND OPEN SPACE DISTRICT |

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP


/s/ Nicole M. Jaffee
LESLIE R. PERRY
MICHAEL G. MILLER
NICOLE M. JAFFEE
Attorneys for Defendants/Cross-Claimants/Cross-Defendants
MAUREEN B. COLLISS, an individual,
MAUREEN B. COLLISS, TRUSTEE OF
THE MAUREEN B. COLLISS 2000
TRUST, JOSEPH COLLISS aka JOE
COLLISS. an individual

# ORDER

The Court having considered the stipulation of the parties, orders as follows:

1. The action is dismissed with prejudice as against Defendants/Cross-Defendants/Counter-Defendants MAUREEN B. COLLISS, an individual, MAUREEN B. COLLISS, TRUSTEE OF THE MAUREEN B. COLLISS 2000 TRUST, JOSEPH COLLISS aka JOE COLLISS, an individual; and Defendant/Cross-Defendant/Counter-Defendant SONOMA COUNTY AGRICULTURAL PRESERVATION AND OPEN SPACE DISTRICT; and Cross-Defendants/Counter-Defendants CHIN S. YANG, an individual, and LI-HUA C. YANG, an individual, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. Each party shall bear their own attorney's fees, costs and expenses.

3. The Court shall retain jurisdiction over this matter to enforce the terms of the February 26, 2019 Settlement Agreement.

IT IS SO ORDERED.

DATED: March  15 , 2019

_____
UNITED STATES DISTRICT COURT JUDGE
RICHARD SEEBORG